IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WAYNE RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:13cv375-WKW |
| ) | (WO) |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION as Receiver for ) | |
| FRONTIER BANK, SYNOVUS ) | |
| BANK and NANCY WILLINGHAM, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On May 13, 2014, the plaintiff filed a response (doc. # 22) to the Report and Recommendation entered on May 1, 2014.  The court construes the plaintiff's response as a motion for an extension of time to file objections to the Report and Recommendation.  Upon consideration of the motion, and for good cause, it is

ORDERED that the plaintiff's motion for an extension of time to file objections (doc. # 22) be and is hereby GRANTED and the deadline for filing objections be and is hereby EXTENDED from May 14, 2014 until June 4, 2014.

Done this 14th day of May, 2014.

          /s/Charles S. Coody
    CHARLES S. COODY
    UNITED STATES MAGISTRATE JUDGE